UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

EDDITH GETHERS-TRENT, individually
and on behalf of all others similarly situated,

                Plaintiff,

  -against-

ORTHONET, LLC,

                Defendant.
----------------------------------------------------------x

Civ. No.: 7:15-cv-07743 (VB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/16

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between by and between Plaintiff Eddith Gethers-Trent (herein "Plaintiff"), and Defendant Orthonet, LLC (herein "Defendant"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against Defendant in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff. No attorneys' fees or costs will be awarded to any party by the Court, except as provided in the Parties' Negotiated Settlement Agreement. The terms of the Parties' Negotiated Settlement Agreement have been presented for review and approval by the Court.

Dated: _____, 2016

ATTORNEYS FOR PLAINTIFF:

By: _____
James X. Bormes, P.C.
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, Illinois 60603
Tele. (312-201-0575)
Bormeslaw@sbcglobal.net

*ATTORNEYS FOR DEFENDANT*

Dated: 3/2, 2016   By: _____
Jonathan M. Kozak
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tele. (914) 872-8060
Jonathan.Kozak@jacksonlewis.com

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 22 day of March, 2016

_____
Hon. Vincent L. Briccetti
United States District Judge